No. 10–10701. CARTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10702. DODDS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10703. ESPINOZA, AKA MANZO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10704. DAVIS *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–10705. DAYE *v.* RUBENSTEIN, COMMISSIONER, WEST VIRGINIA DIVISION OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10706. KISH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10707. JEFFERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10709. WASHINGTON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–10710. WALLACE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–10711. STEVENSON *v.* PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10712. MCPHERRON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 10–10713. SANCHEZ *v.* ALDRICH ET AL. Ct. App. Colo. Certiorari denied.

No. 10–10714. REYNOLDS *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 10–10715. SHIELDS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.